NO. SCWC-30330

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

SHAWN KALANI BROWN, Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30330; CR. NO. 08-1-0746(4))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By:  Duffy, J., for the court[1])

Petitioner/Defendant-Appellant Shawn Kalani Brown's application for writ of certiorari, filed on June 14, 2011, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, July 22, 2011.

FOR THE COURT:

/s/ James E. Duffy, Jr.

Associate Justice



Matthew S. Kohm
for petitioner/
defendant-appellant
on the application

---

[1] Considered by:  Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna, JJ.